UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REVERE DOCK, LLC,

Plaintiff,

Case No. 25-cv-13788
Hon. Matthew F. Leitman

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,

Defendant.

______________________________________________/

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S MOTION TO DISMISS (ECF No. 7)**

On January 26, 2026, Defendant Travelers Property Casualty Company of America filed a motion to dismiss this insurance coverage action. (*See* Mot., ECF No. 7.) The Court held a hearing on the motion on June 10, 2026, and it thereafter ordered the parties to submit supplemental briefs. (*See* Supp. Brs., ECF Nos. 13, 15, 19, 21.) The Court then held a status conference on September 24, 2026. During that conference, the Court announced its ruling on the motion and provided the parties a detailed explanation for that ruling.

For the reasons explained in detail during the status conference, Travelers' motion to dismiss is **GRANTED IN PART AND DENIED IN PART**. To the extent that Plaintiff Revere Dock, LLC seeks a defense and/or indemnification

arising out of a January 24, 2020, nuisance abatement action filed by the City of Detroit in the Wayne County Cicuit Court, the motion to dismiss is **GRANTED** and Revere Dock's claims arising out of that action are **DISMISSED**. In all other respects, Travelers' motion to dismiss is **DENIED**. The parties shall proceed to discovery on Revere Dock's claims that it is entitled to a defense and/or indemnification arising out of the actions brought against it by (1) the Michigan Department of Environment, Great Lakes, and Energy and (2) Detroit Bulk Storage, Inc.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 24, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 24, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126